918

No. 990. GEORGE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *George T. Davis* for petitioner.

No. 996. PSG Co. ET AL. v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C. A. 9th Cir. Certiorari denied. *Arthur H. Connolly, Jr.,* for petitioners. *Norman J. Wiener* for respondent.

No. 1000. NOBLE DRILLING CORP. ET AL. v. KIMBLE. C. A. 5th Cir. Certiorari denied. *W. Ford Reese* for petitioners. *Donald V. Organ* for respondent.

No. 1004. SUHREN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *George E. Morse* and *Jacob Guice* for petitioners. *Solicitor General Griswold, Assistant Attorney General Kashiwa, S. Billingsley Hill,* and *Edmund B. Clark* for the United States.

No. 1005. ZAYRE OF GEORGIA, INC., ET AL. v. CITY OF MARIETTA ET AL. C. A. 5th Cir. Certiorari denied. *Hosea Alexander Stephens, Jr.,* for petitioners.

No. 1007. MORSE v. HINDMAN ET AL. C. A. 10th Cir. Certiorari denied. *Robert Martin* for respondents Hindman et al., and *Malcolm Miller* for respondents Tomlinson-Kathol, Inc., et al.

No. 1013. WINSTON v. PRUDENTIAL LINES, INC. C. A. 2d Cir. Certiorari denied. *David T. Goldstick* and *John S. Martin, Jr.,* for petitioner. *Robert A. Lilly* for respondent.